IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

RECEIVED
2015 JAN 30 A 11: 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHRIS AGEE

Inmate Identification Number: #294861 A.I.S.

2:15-CV-00083-MHT-CSC

(Enter above the full name(s) of the plaintiff(s) in this action)

NOTICE TO FILING PARTY

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS, et., al.
CORRECTIONAL OFFICER CULVER, (OTHERWISE UNKNOWN)
C.O. #2 HEREIN (SHORT BLACK OFFICER) + C.O. B-DORM CUBICLE OFFICER HEREIN)

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )      No ( ✓ )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

Place of present confinement __KILBY CORRECTIONAL FACILITY__

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ )        No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ )        No ( )

C. If your answer is YES:

   1. What steps did you take? __REPORTED WRONGFUL + UNLAWFUL ASSAULT ON ME BY PRISON STAFF TO LT. McCAIN + CAPT. LOGAN.__

   2. What was the result? __I WAS TOLD THAT STATE INVESTIGATIONS WOULD TALK TO ME, BUT HAVE NOT!?__

D. If your answer is NO, explain why not? _____

III  Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s) CHRIS AGEE
KILBY CORRECTIONAL FACILITY
Address P.O. BOX 150
MT. MEIGS, AL, 36057

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant C.O. CULVER
is employed as CORRECTIONAL OFFICER
at KILBY CORRECTIONAL FACILITY

C.  Additional Defendants AN UNKNOWN KILBY CORRECTIONAL OFFICER WHO TOOK PART IN MY ASSAULT ON JANUARY 26TH, 2015. BOTH OF THESE OFFICERS WERE ASSIGNED TO THE KILBY B-DORM AREA ON THE 10:00 P.M. TIL 6:00 A.M. SHIFT ON THE ABOVE DATE.

Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I AM A LIFELONG CEREBRAL PALSEY PATIENT WITH "CHALLENGED" MOBILITY, AND I AM ASSIGNED A WHEELCHAIR HERE AT KILBY. ON THE ABOVE DATE AT APPROXIMATELY 11:30 P.M., I SAT UP IN MY PRISON BUNK TO OPEN MY FOOT LOCKER, AS I AM UNABLE TO REACH IT FROM MY BUNK.

3

C.O. CULVER APPROACHED MY BUNK AREA SCREAMING FOR ME TO "GET MY UGLY ASS UP", AND THAT "HE DIDN'T GIVE A FUCK ABOUT MY WHEELCHAIR", AND THAT HE, (CULVER) WOULD BEAT ME OUT OF MY CHAIR & BACK IN IT". C.O. CULVER THEN PUSHED ME OUTSIDE OF B-DORM IN MY CHAIR WHERE THERE WAS ANOTHER C.O., (SHORT BLACK OFFICER), AND BOTH OF THESE OFFICERS BEGAN SCREAMING AT ME IN A THREATENING MANNER. ALL OF A SUDDEN THE 2ND, (SHORT BLACK OFFICER), C.O. HIT ME TWO TIMES WITH HIS FIST, (CONT'D ATTACHED)

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) AN EXPEDITED CORRESPONDENCE FROM FEDERAL AUTHORITIES, TO KILBY STAFF.

2.) CONSIDERATION FOR AN EARLY PAROLE REVIEW.

3.) $50,000.00 (FIFTY THOUSAND DOLLARS), EACH, FROM THE 2 ASSAULTING OFFICERS.

4.) EXONORATION OF EITHER OF THE 2 ASSAULTING OFFICERS FROM FUTURE STATE EMPLOYMENT.

5.) AN ORDER BY FEDERAL COURT TO THE WARDEN/SENIOR STAFF TO CALL A BRIEFING TO INSTRUCT THESE GUARDS/"GANG-MEMBERS" TO STAND-DOWN OR BE TERMINATED FOR RETALIATION. ANY OTHER RELIEF THIS COURT DEEMS APPROPRIATE.

I declare under penalty of perjury that the foregoing is true and correct.

executed on JANUARY 28TH, 2015

WITNESS: Robert Jenkins #115 765

Chris Agee 294861 AIS
Signature(s)

# PRISONER ASSAULT LAWSUIT
## - ADDENDUM -

WHICH BLACKED MY EYE AND CUT THE SIDE OF MY HEAD, WHICH BEGAN TO BLEED. THESE OFFICERS REFUSED TO TAKE ME TO MEDICAL TO BE CHECKED, I WAS SIMPLY WHEELED BACK TO MY BUNK AND TOLD TO "GET THE FUCK IN BED."

INITIALLY, I WAS AFRAID TO REPORT THIS ASSAULT, BUT A FRIEND OF MINE, ROBERT JENKINS #115-765, APPROACHED THE DAY SHIFT LT. McCAIN, WHO IMMEDIATELY INSTRUCTED JENKINS TO COME TO "B-DORM" AND PUSH ME, (IN MY CHAIR), TO THE SHIFT COMMANDER'S OFFICE. INMATE JENKINS THEN TOOK ME TO SEE LT. McCAIN, WHO PRIVATELY ASKED ME SOME QUESTIONS, AND THEN LT. McCAIN INSTRUCTED INMATE JENKINS TO PUSH ME TO "P-DORM", (THE HOSPITAL), AND HAVE THE HOSPITAL STAFF DO A "BODY CHART" ON MY INJURIES, AS IS REQUIRED FOLLOWING AN ALTERCATION OF ANY KIND IN THE PRISON, AND LT. McCAIN SEEMED VERY UPSET THAT AN INCIDENT REPORT, NOR A BODY CHART HAD BEEN DONE IMMEDIATELY FOLLOWING THE ABOVE DESCRIBED ASSAULT ON ME..?

ALSO, CAPTAIN LOGAN, THE SENIOR OFFICER HERE AT KILBY, CAME TO THE HOSPITAL AT KILBY WHILE PICTURES AND A BODY CHART WAS BEING DONE ON ME, AND THE CAPTAIN ALSO SEEMED VERY CONCERNED ABOUT THIS INCIDENT. I WAS TOLD BY THESE SENIOR OFFICERS THAT I&I, (INVESTIGATIONS), WOULD COME & SEE ME..?

(CONT'D PG. 2)
(ADDENDUM)

(ORIGINAL PG.2)
(PAGE 2 OF 2)

(ORIGINAL PG.2)
(PAGE 2 OF 2)

# PRISONER ASSAULT LAWSUIT
## - ADDENDUM -

SINCE THE INITIAL INCIDENT DESCRIBED HEREIN NOONE HAS FOLLOWED UP ON THIS MATTER, AND ON JANUARY 28TH, 2015, (SOME 36 HRS.), INMATE JENKINS WAS CONFRONTED BY THE B-DORM CUBICLE OFFICER, (OFFICER'S NAME UNKNOWN), AT APPROXIMATELY 5:00 A.M. WHEN JENKINS WAS GOING TO MAIL A LETTER. THIS OFFICER HOLLERED OUT LOUDLY TO JENKINS TO "GET YOUR SNITCHIN', PUNK-ASS BACK TO THE DORM."

OBVIOUSLY THESE OBCENITIES WERE DONE IN RETALIATION FOR INMATE JENKIN'S ROLE IN REPORTING THIS INCIDENT TO SENIOR STAFF AGAINST HIS, (THE CUBICLE GUARD), PRISON GUARD BROTHERS.... (EMPHASIS ADDED.) ON JAN. 27TH?

FURTHER, DUE TO THIS "GANG-LIKE" LOYALTY BETWEEN MOST, (NOT ALL!), OF THE STAFF HERE AT KILBY, WHO FREQUENTLY "HANG-OUT" WITH THE INMATE POPULATION HERE, EVEN SHOOTING GANG SIGNS AND GANG HAND SHAKES WITH INMATES, I WOULD LIKE AN EXPEDITED INVESTIGATION BY FEDERAL AUTHORITIES TO INSURE MINE & JENKIN'S SAFETY!! POSSIBLY JUST A PHONE CALL TO SENIOR STAFF.?

I AM COVERED BY THE AMERICANS WITH DISABILITIES ACT DUE TO MY LIFELONG CEREBRAL PALSEY.

SINCERELY & RESPECTFULLY,

PLAINTIFF/PETITIONER

CHRIS AIGEL # 244861
KILBY CORRECTIONAL FACILITY
P.O. BOX 150
MT. MEIGS, AL. 36057

MONTGOMERY AL 360
29 JAN 2015 PM 4 L

United States District Court
for the Middle District
P.O. Box 711
Montgomery, AL. 36101

36101071111

"This correspondence is forwarded from an Alabama State prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."