IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRIS AGEE,                     )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        2:15cv83-MHT
                                )            (WO)
HENRY HUNTER, et al.,           )
                                )
     Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that he was assaulted by correctional officers at Kilby Correctional Facility for not getting off his bunk quickly enough, in spite of the fact that he has a mobility impairment and uses a wheelchair.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to respond to court orders and inform the court of his new address.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of May, 2016.

                                            /s/ Myron H. Thompson  
                                      UNITED STATES DISTRICT JUDGE